

# The Attorney General of Texas

December 23, 1982

MARK WHITE
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

1607 Main St., Suite 1400
Dallas, TX. 75201-4709
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

1220 Dallas Ave., Suite 202
Houston, TX. 77002-6986
713/650-0666

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Hamp Atkinson, Chairman
House Public Education Committee
Texas House of Representatives
P. O. Box 2910
Austin, Texas    78769

Opinion No. MW-531

Re:  Whether school board of trustees may organize at times other than that provided in section 23.19 of the Education Code

Dear Representative Atkinson:

You have asked whether an independent school district board of trustees may organize at any time other than that specified in section 23.19 of the Texas Education Code.  Section 23.19 provides in pertinent part:

> (d)  At the first meeting after each election and qualification of trustees, the members shall organize by selecting [a board president, secretary, treasurer, an assessor and collector of taxes, and] such other officers and committees as the board may deem necessary.

Independent school districts may conduct an election for school trustees on one of the four dates specified in article 2.01b of the Texas Election Code.  Under section 23.19 of the Education Code, the trustees "shall organize" at the first meeting following each election and the qualification of trustees.  This section neither states nor implies, however, that the trustees may not organize at any other time, and in our opinion such a prohibition should not be read into it.  There may be times during the school year in which the board may need to reorganize -- for example, when one or more of the officers of the board resigns and new officers must be chosen -- and we do not believe the legislature intended that such a reorganization would not then be authorized.  We therefore answer your question in the affirmative.

## S U M M A R Y

An independent school district board of trustees may organize at some time other than that

specified in section 23.19 of the Texas Education Code.

Very truly yours,

MARK   WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

RICHARD E. GRAY III
Executive Assistant Attorney General

Prepared by Jon Bible
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Susan L. Garrison, Chairman
Jon Bible
Rick Gilpin
Patricia Hinojosa
Jim Moellinger